IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

## MINUTES

| | |
|---|---|
| United States of America | JUDGE: Erin L. Setser, U.S. Magistrate Judge |
| PLAINTIFF | REPORTER: Theresa Sawyer |
| ATTY: Conner Eldridge | |
| Wendy Johnson | CLERK: Gail Garner |
| Brandon Lynn Barber | CASE NO. 12-50035-001 & 13-50004-001 |
| DEFENDANT | INTERPRETER: |
| ATTY: Asa Hutchinson | |
| | DATE: May 6, 2013 |

ACTION: Motion Hearing

| TIME | MINUTES |
|---|---|
| 10:20 am | Convene |
| | Rule invoked by USA. |
| | Defendant orally moves to dismiss the motion to revoke - denied by court. |
| | Testimony on behalf of USA: 1. Dennis Khilkevich (via teleconference) |
| | Testimony on behalf of defendant: 1. Kristen Foodim; 2. Craig Robie |
| | Statements by counsel. |
| | Court denies defendant's motion to modify. |
| 2:48 am | Recess |
| 3:51 pm | Reconvene |
| | Court orders home incarceration at the Chancellor Hotel until supplemental hearing can be scheduled as soon as practical pending outcome of proceedings in NY court. |
| 4:11 pm | Adjourn |